IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 26 2007

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. 3:97-CR-0208-T(01) |
| ) | |
| ROBERT A. MACKAY, ID # 03473-063, ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

As recommended by the Magistrate Judge, the Court **CONSTRUES** defendant's motions for return of property (docs. 891 and 892) as a civil action seeking the return of property and **DIRECTS** the Clerk of the Court to open a new civil action and file the instant motions in that action. To explain the opening of such civil action, the Clerk of the Court **SHALL ALSO FILE** a copy of the Magistrate Judge's findings and recommendation and a copy of this order accepting in the civil action. The Clerk, furthermore, should **TERMINATE** the motions in this criminal action.

SIGNED this 25 day of February, 2007.

_____
ROBERT B. MALONEY
SENIOR UNITED STATES DISTRICT JUDGE